UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERRY WARDSWORTH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TARGET CORPORATION,<br><br>　　　　Defendant. | No. 2:22-CV-1772-DJC-DMC<br><br><br>ORDER |

　　　　Plaintiff, who is proceeding with retained counsel, brings this civil action. A settlement conference is scheduled for September 21, 2023, at 9:30 a.m. in Redding, California, before the undersigned. Concurrent with their settlement conference statement, the parties shall execute and <u>file</u> the attached Waiver of Disqualification. If waivers of disqualification are not filed by all parties, the matter will be re-set before another Magistrate Judge on a different date.

　　　　IT IS SO ORDERED.

Dated: September 1, 2023

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERRY WARDSWORTH,<br><br>  Plaintiff,<br><br>  v.<br><br>TARGET CORPORATION,<br><br>  Defendant. | No. 2:22-CV-1772-DAD-DMC |

<u>WAIVER OF DISQUALIFICATION</u>

  Pursuant to Eastern District of California Local Rule 270(b), the parties to the herein action affirmatively request that the assigned Magistrate Judge participate in the settlement conference and further, the parties waive any claim of disqualification to Judge Cota thereafter hearing and determining matters in this case in accordance with 28 U.S.C. § 636(b)(1) and Eastern District of California Local Rule 302.


DATED: _____              _____
              By:  For Plaintiff(s)


DATED: _____              _____
              By:  For defendant(s)