Lori A. Reihl, Esq., Bar No. 246395
MORDAUNT, ROUNDY, REIHL & JIMERSON
A Professional Law Corporation
7488 Shoreline Drive, Suite B1
Stockton, CA  95219
Telephone: (209) 473-8732
Facsimile:  (209) 957-9165
lreihl@mrrjlaw.com
service@mrrjlaw.com

Attorneys for Defendant
TARGET CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Cherry Wardsworth, | Case No. 2:22-cv-01772-DJC-DMC |
| Plaintiff(s), | **ORDER ON STIPULATION FOR PHYSICAL EXAMINATION OF PLAINTIFF CHERRY WARDSWORTH** |
| vs. | |
| Target Corporation; and DOES 1 to 20, | |
| Defendant(s). | |

The stipulation of counsel having been read and considered and good cause appearing, the following is ordered:

IT IS HEREBY ORDERED that defendant's a physical examination of plaintiff be conducted by Harry A. Khasigian, M.D. as follows:

1.      Plaintiff shall attend her physical examination on July 12, 2024 at 10:00 a.m. at the offices of Harry Khasigian, M.D., located at 8801 Folsom Blvd., Suite 105, Sacramento, CA 95826.

2.      The examination will be conducted for the purpose of evaluating plaintiff's physical condition respecting the alleged injuries plaintiff claims to have suffered as a result of the incident which is the subject matter of the action herein, the nature and extent thereof, the relationship thereof to the claims which are the subject of this litigation, the prognosis therefore, and other aspects of plaintiff's present and future condition.  The examination will consist of all necessary and customary activities required to make such a determination, including but not limited to

Mordaunt,
Roundy, Reihl
& Jimerson
7488 Shoreline Drive,
Suite B1
Stockton, CA  95219
(209) 473-8732

1

ORDER ON STIPULATION FOR PHYSICAL EXAMINATION OF
PLAINTIFF CHERRY WARDSWORTH

medical history, history of the ailments relating to the claims of this lawsuit, and physical examination and evaluation.

        3.       This examination incorporates the provisions of Federal Rules of Civil Procedure, Rule 35, including but not limited to, that counsel for defendants shall serve upon counsel for plaintiff a copy of the examining physician's report once it has been completed.  Counsel for plaintiff shall produce like reports of all earlier or later examinations pursuant to FRCP 35(b)(3).

Dated:  June 24, 2024                /s/ Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

Mordaunt,
Roundy, Reihl
& Jimerson
7488 Shoreline Drive,
Suite B1
Stockton, CA  95219
(209) 473-8732

ORDER ON STIPULATION FOR PHYSICAL EXAMINATION OF
PLAINTIFF CHERRY WARDSWORTH