Lori A. Reihl, Esq., Bar No. 246395
Christopher J. Clark, Esq., Bar No. 346464
MORDAUNT, ROUNDT, REIHL & JIMERSON
A Professional Law Corporation
7488 Shoreline Drive, Suite B-1
Stockton, CA  95219
Telephone: (209) 473-8732
Facsimile: (209)957-9165
lreihl@mrrjlaw.com
cclark@mrrjlaw.com
service@mrrjlaw.com

Attorneys for Defendant
TARGET CORPORATION

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Cherry Wardsworth,<br><br>　　　　Plaintiff(s),<br><br>vs.<br><br>Target Corporation; and DOES 1 to 20,<br><br>　　　　Defendant(s). | Case No. 2:22-cv-01772-DJC-DMC<br><br>**STIPULATION FOR DISMISSAL; ORDER** |

Pursuant to the terms of a written Settlement and Release Agreement as well as the provisions of Federal Rules of Civil Procedure 41(a)(1), the parties hereby stipulate that this action be dismissed with prejudice.

IT IS SO STIPULATED.

Dated: July 15, 2024                    MORDAUNT, ROUNDY, REIHL & JIMERSON

                                        By:  */s/ Lori Reihl*
                                             Lori A. Reihl, Esq.
                                             Attorneys for Defendant
                                             TARGET CORPORATION

Dated:  August 2, 2024                  TORKLAW, APC

                                        By:  */s/ Scott King*
                                             Scott King, Esq.
                                             Attorneys for Plaintiff
                                             CHERRY WARDSWORTH

1

STIPULATION FOR DISMISSAL; ORDER

**ORDER OF DISMISSAL**

The above stipulation is APPROVED, and this action is hereby DISMISSED WITH PREJUDICE, each party to bear their own fees and costs.

Dated:  August 5, 2024                    /s/ Daniel J. Calabretta
                                          THE HONORABLE DANIEL J. CALABRETTA
                                          UNITED STATES DISTRICT JUDGE